**EOD FEB 27 2001**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| MARJORIE LYNN MUNGO | ) | |
| SSN: 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 | ) | 00 B 20606 |
| | ) | |
| Debtor. | ) | Honorable Judge Eugene Wedoff |
| | ) | |
| Address: | ) | |
| 27 W. 280 Churchill | ) | |
| Winfield, IL 60190 | ) | |

### ORDER GRANTING FIRST APPLICATION FOR INTERIM COMPENSATION FOR PROFESSIONAL SERVICES AND REIMBURSEMENT OF EXPENSES

THIS MATTER came to be heard on the Third Application for Interim Compensation for Professional Services and Reimbursement of Expenses of Forrest L. Ingram and Forrest L. Ingram, P.C., attorney for Debtor and Debtor in Possession. Copies of the fee petition were served on the Debtor, the United States Trustee, and all parties entitled to notice. Due notice of this hearing was served on the Debtor, the U.S. Trustee, all creditors, and all parties in interest, and a certificate of such service has been filed with the Court. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. Sec. 1334. This is a core proceeding pursuant to 28 U.S.C. sec. 157(b)(2)(A). The Court being fully advised in these premises:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:**

1. Forrest L. Ingram P.C. is awarded $ 7,395.00 of the professional compensation requested for the time period from July 12, 2000 through December 30, 2000.



2. For the reasons set forth in the court's findings and facts and conclusions of law, fees in the amount of $1,350.00 are disallowed.

3. Forrest L. Ingram, P.C. is awarded reimbursement of expenses incurred during the same time period in the total amount of $ 910.75.

4. For the reasons set forth in the court's findings and facts and conclusions of law, costs in the amount of $46.30 are disallowed.

5. The Debtor and Debtor in possession is authorized and directed to pay to Forrest L. Ingram, P.C. the total net aggregate sum of $ 8,305.75 for compensation for services and reimbursement of expenses.

Dated: **23 FEB 2001**

BY THE COURT

The Honorable Eugene Wedoff
Bankruptcy Judge

This order was prepared
by Forrest L. Ingram, P.C.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE | MARJORIE LYNN MUNGO | ) | CHAPTER 11 |
| | | ) | |
| | | ) | NO. 00 B 20606 |
| | | ) | |
| | DEBTOR. | ) | |
| | | ) | |
| | | ) | JUDGE EUGENE R. WEDOFF |
| | | ) | |
| | | ) | |

*FILED FEB 15 2001 EUGENE R. WEDOFF BANKRUPTCY JUDGE*

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO ATTORNEYS FORREST L. INGRAM, P.C. FOR THE DEBTOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| **TOTAL FEES REQUESTED:** | $8,745.00 | **TOTAL COSTS REQUESTED:** | $957.05 |
| **TOTAL FEES REDUCED:** | $1,350.00 | **TOTAL COSTS REDUCED:** | $46.30 |
| **TOTAL FEES ALLOWED:** | $7,395.00 | **TOTAL COSTS ALLOWED:** | $910.75 |

**TOTAL FEES AND COSTS ALLOWED:   $8,305.75**

**THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH IMMEDIATELY FOLLOWS A HIGHLIGHTED ENTRY. THE NUMERICAL NOTATION REFERS TO THE ENUMERATED PARAGRAPHS WHICH APPEAR BELOW.**

(1)   **Insufficient Description**
The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr.N.D.Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr.N.D.Ill. 1987) (same).

(2)   **Improper Allocation of Professional Resources**
The Court denies the allowance in part of compensation for the following task since a professional with a lower level of skill and experience or a paraprofessional or clerical worker could have performed the task. *In re Pettibone*, 74 B.R. 293, 303 (Bankr.N.D.Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re Wildman*, 72 B.R. 700, 710 (Bankr.N.D.Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr.N.D.Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

(3)   **Unreasonable Time**

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Mungo, Marjorie

| Date | Nature | Item | Atty | Time | Fee |
|---|---|---|---|---|---|
| 7/12/00 | Adm | Confer with DJ and SH re potential chapter 11 for Marjorie Mungo. | FLI | 0.30 | $0.00 |
| 7/14/00 | Adm | Meet with Marjorie Mungo and JB re schedules. | FLI | 0.50 | $150.00 |
| 7/14/00 | Adm | Copy and mail correspondence to client. | SM | 0.10 | $5.00 |
| 7/14/00 | Adm | Prepare schedules and revise. | JB | 2.50 | $500.00 |
| 1.) 7/14/00 | Adm | Research relatedness issues; conference with client, FLI and S. Hansen re same. | JB | 2.00 ⟨2.00⟩ | $400.00 ⟨$400.00⟩ |
| 7/14/00 | Adm | Revise schedules. | JB | 0.30 | $60.00 |
| 7/15/00 | Adm | Review schedules, direct JB to prepare for filing. | FLI | 0.20 | $60.00 |
| 7/15/00 | Adm | Prepare schedules for filing. | JB | 0.30 | $60.00 |
| 2.) 7/18/00 | Adm | Spoke with Marjorie Mungo re her being out of town for two weeks beginning July 25. Arrange for phone numbers to be called in. | FLI ⟨.20⟩ 0.20 | | $60.00 ⟨$60.00⟩ |
| 7/26/00 | Adm | Review announcement re first meeting. Draft case management sheet. | FLI | 0.20 | $60.00 |
| 7/28/00 | Adm | Copied and sent letter and proof of insurance to the trustee and to client. | RH | 0.30 | $15.00 |
| 7/31/00 | Adm | Spoke with Wolfe re rescheduling § 341 meeting and sending out notice, direct JB to do same. | FLI | 0.20 | $60.00 |

1

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Mungo, Marjorie

| Date | Nature | Item | Atty | Time | Fee |
|---|---|---|---|---|---|
| 8/1/00 | Adm | Prepare case management sheet. | FLI | .20 0.20 | $60.00 $60.00 |
| 8/1/00 | Adm | Court appearance re status. | FLI | 0.50 | $150.00 |
| 8/2/00 | Adm | Draft letter to cleint re change of date for § 341(a) meeting and re IRS request for tax returns. | JB | 0.30 | $60.00 |
| 8/2/00 | Adm | Prepare service list. Prepare notice of motion re continued § 341(a) meeting. | JB | 0.80 | $160.00 |
| 8/2/00 | Adm | File notice of continued § 341(a) meeting; mail to service list. | SM | 0.70 | $35.00 |
| 8/3/00 | Adm | Sent JB's letter to client; made copy for file. | RH | 0.20 | $10.00 |
| 8/11/00 | Adm | Spoke with client re § 341(a) meeting. | FLI | 0.20 | $60.00 |
| 8/14/00 | Adm | Reviewed letter from Ford, fowarded to client with note. | JB | 0.20 | $40.00 |
| 8/15/00 | Adm | Spoke with client re hearing, new documents, possible strategy. | JB | 0.50 | $100.00 |
| 8/16/00 | Adm | Typed label, sent to client per JB's direction. | RH | 0.20 | $10.00 |
| 8/22/00 | Adm | Confirm § 341 meeting, need documents from divorce. | JB | .20 0.20 | $40.00 $40.00 |
| 8/23/00 | Adm | Discuss § 341 with FLI. | JB | 0.20 | $40.00 |

2

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Mungo, Marjorie

| Date | Nature | Item | Atty | Time | Fee |
|---|---|---|---|---|---|
| 9/7/00 | Adm | Discuss operating reports with client, spoke with Wolfe re D.I.P. account. | JB | 0.20 | $40.00 |
| 9/7/00 | Adm | Discuss 2nd checking account with Wolfe, affidavit, D.I.P. account. | JB | 0.20 | $40.00 |
| 9/20/00 | Adm | Letter to Wolfe with affidavit per request of § 341 meeting. | JB | 0.20 | $40.00 |
| 10/20/00 | Adm | Return call to Wolfe re case. | JB | 0.20 | $40.00 |
| 10/25/00 | Adm | Draft motion to set bar date, notice of order of bar date and order. | JB | 0.90 | $180.00 |
| 10/25/00 | Adm | Review operating reports. | JB | 0.30 | $60.00 |
| 11/2/00 | Adm | Typed certifcate of service for order, notice, set bar date, file all, sent copies to servi ce list. | RH | 1.30 | $65.00 |
| 12/6/00 | Adm | REvised schedule D and printed it out, draft notice of filing amended schedule D. | RH | 0.30 | $15.00 |
| 12/7/00 | Adm | Filed amended schedule D, sent copies to service list. | RH | 0.40 | $20.00 |
| 12/21/00 | Adm | Fax cover sheet for adversary, spoke with DJ re same. | JB | 0.20 | $40.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | **Time by Natures** | | **15.50** | |
| | | **Fee by Natures** | | | **$2735.00** |
| 12/4/00 | CM#01 | Discuss possible 2-1401 with Hansen, research re same. | JB | ⟨1.10⟩ 1.10 | $220.00 ⟨$220.00⟩ |

3

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Mungo, Marjorie

| Date | Nature | Item | Atty | Time | Fee |
|---|---|---|---|---|---|
| 12/11/00 | CM#01 | Meeting with Hansen to discuss possible 2-1401. | JB | 0.30 | $60.00 |
| | | **Time by Natures** | | 1.40 | |
| | | **Fee by Natures** | | | $280.00 |
| 10/25/00 | DS&P | Spoke with Wolfe re extension of time to file disclosure statement and plan and motion for bar date. | FLI | 0.20 | $60.00 |
| ③ 10/25/00 | DS&P | Motion to extend time to file disclosure statement and plan and order. | JB ⟨.25⟩ | 1.00 | $200.00 ⟨$50.00⟩ |
| ③ 10/26/00 | DS&P | Review and revise motion for extension of time and motion to set bar date, spoke with JB re same. | FLI ⟨.25⟩ | 0.50 | $150.00 ⟨$75.00⟩ |
| 10/26/00 | DS&P | Filed motion to set bar date, motion for extension of time, sent copies to service list. | RH | 0.40 | $20.00 |
| 11/2/00 | DS&P | Court call re motion to extend time to file disclosure statement and plan, bar date. | JB | 0.70 | $140.00 |
| ① 11/27/00 | DS&P | Discuss possible reorganization option. | JB ⟨.30⟩ | 0.30 | $60.00 ⟨$60.00⟩ |
| 12/4/00 | DS&P | Begin drafting disclosure statement. | JB | 3.00 | $600.00 |
| 12/4/00 | DS&P | Begin drafting plan. | JB | 3.00 | $600.00 |
| 12/6/00 | DS&P | Draft disclosure statement and plan, creditor listings, liquidation analysis. | JB | 4.00 | $800.00 |
| ④ 12/11/00 | DS&P | Discuss disclosure statement and plan with FLI, make revisions per discussion, revise liquidation analysis, budget, text. | JB ⟨.10⟩ | 5.00 | $1000.00 ⟨$100.00⟩ |

4

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Mungo, Marjorie

| Date | Nature | Item | Atty | Time | Fee |
|---|---|---|---|---|---|
| 12/11/00 | DS&P | Review and revise plan. | FLI | 0.60 | $180.00 |
| 12/11/00 | DS&P | Review and revise plan, spoke with JB re changes needed. | FLI | 0.50 | $150.00 |
| 12/14/00 | DS&P | Call client re disclosure statement and plan. | JB | 0.20 | $40.00 |
| 12/15/00 | DS&P | Copied and filed disclosure statement and plan, sent copies to service list. | RH | 1.40 | $70.00 |
| 12/15/00 | DS&P | Discuss revisions of disclosure statement and plan, revise re FLI direction. | JB | 0.70 | $140.00 |
| 12/18/00 | DS&P | Call Wolfe re disclosure statement and plan. | JB | 0.20 | $40.00 |
| 12/19/00 | DS&P | Status call re disclosure statement and plan. | JB | 0.90 | $180.00 |
| 12/19/00 | DS&P | Download order forms. | JB | 0.20 | $40.00 |
| 12/20/00 | DS&P | Prepare order for hearing on adequacy of disclosure statement and confirmation of plan and balloting. | JB | 0.20 | $40.00 |
| 12/20/00 | DS&P | Copied and dropped off order re disclosure statement and plan to Judge Wedoff's chambers. | RH | 1.00 | $50.00 |
| (2.) 12/29/00 | DS&P | Copy ballots, disclosure statement and plan for mailing. | JB ⟨.40⟩ 0.40 | | $80.00 ⟨$80.00⟩ |
| (4.) 12/29/00 | DS&P | Prepare ballots, check docket, proofs of claim, revise service list, prepare for meeting with SH and client. | JB ⟨.15⟩ 1.50 | | $300.00 ⟨$30.00⟩ |

5

**FORREST L. INGRAM, P.C.**
*Attorneys and Counsellors*
79 W. Monroe, Suite 1210
Chicago, IL 60603-4907

Mungo, Marjorie

| Date | Nature | Item | Atty | Time | Fee |
|---|---|---|---|---|---|
| | | **Time by Natures** | | 25.90 | |
| | | **Fee by Natures** | | | $4940.00 |
| 7/14/00 | Employ | Draft application to employ counsel, order, affidavit, and notice of motion. Direct JB to cover hearing on 7/25. Direct SM to file and serve. | FLI | 0.90 | $270.00 |
| 7/17/00 | Employ | Copy application to employ counsel; file and serve. | SM | 0.40 | $20.00 |
| 7/25/00 | Employ | Call from Steve Wolfe re problems with Mungo application to employ. | JB | 0.20 | $40.00 |
| 7/25/00 | Employ | Prepare for court and court appearance re application to employ counsel. | JB | 0.80 | $160.00 |
| ③ 7/25/00 | Employ | Copy file and serve motion to employ counsel (corrected copy). | SM ⟨.50⟩ 0.50 | | $25.00 ⟨$25.00⟩ |
| ⑧ 8/1/00 | Employ | Court appearance re motion to employ counsel. | FLI ⟨.50⟩ 0.50 | | $150.00 ⟨$150.00⟩ |
| 8/1/00 | Employ | Wento to Judge Wedoff's clerk and picked up order appointing FLI as debtor's counsel. | RH | 0.30 | $15.00 |
| | | **Time by Natures** | | 3.60 | |
| | | **Fee by Natures** | | | $680.00 |
| 7/27/00 | Tx | Review letter from IRS; prepare cover letter and mail same to cleint. | JB | 0.30 | $60.00 |
| 7/31/00 | Tx | Copy IRS forms; send to client; file. | SM | 0.20 | $10.00 |
| 8/2/00 | Tx | Spoke with client and Mrs. Andrews re last income tax return. Mrs. Andrews at 230 S. Dearborn, 25th floor. Needs 1999 returns. (312) 566-2826. | JB | 0.20 | $40.00 |

6

Marjorie Lynn Mungo
Expenses for 1st Fee Petition
January 12, 2001

Summary

| Photocopying Cost: | $102.68 |
| --- | --- |
| Postage Cost: | $ 11.11 |
| FedEx Package sent to client: | $ 13.26 |
| Costs Advanced (Filing Fee): | $830.00 |
| Total | $957.05 |

$46.30

Photocopying cost .10 per page

| Date | Matter | Pages | Copies | Total Copies | .20 per page |
| --- | --- | --- | --- | --- | --- |
| 7/14/00 | Chapter 11 petition | 10 | 6 | 60 | 12.00 |
| 7/14/00 | Letter and 1st page of schedules | 2 | 2 | 4 | .80 |
| 7/14/00 | Chapter 11 schedules | 18 | 6 | 108 | 21.60 |
| 7/17/00 | Application to employ counsel | 9 | 5 | 45 | 9.00 |
| 7/25/00 | Motion to employ counsel | 9 | 6 | 54 | 10.08 |
| 7/31/00 | Letter from IRS | 4 | 1 | 4 | .80 |
| 8/2/00 | Notice of continuance of 341 meeting | 2 | 14 | 28 | 5.60 |
| 12/7/00 | Amended schedule D | 3 | 4 | 12 | 2.40 |
| 12/15/00 | Disclosure statement and plan | 33 | 6 | 198 | 39.60 |

Postage Cost

| Date | Matter | No. of Env. | Cost per Env. | Total Postage Cost |
| --- | --- | --- | --- | --- |
| 7/14/00 | Letter to Client and Maureen Taylor | 2 | .33 | .66 |
| 7/17/00 | App. to employ counsel and schedules | 1 | 1.21 | 1.21 |
| 7/17/00 | App. to employ counsel and schedules | 2 | .55 | 1.10 |
| 7/25/00 | Motion to employ counsel | 3 | .55 | 1.65 |
| 7/31/00 | Letter from IRS | 1 | .55 | .55 |
| 8/2/00 | Notice of continuance of 341 meeting | 14 | .33 | 4.62 |
| 12/7/00 | Amended Schedule D | 4 | .33 | 1.32 |